IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 5 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| PATRICIA A. WREN, | ) |
| Plaintiff, | ) Case No. 7:05-CV-00344 |
| v. | ) |
| CIGNA HEALTHCARE OF VIRGINIA, INC., trading as Cigna Healthcare; CIGNA HEALTHCARE CORPORATION, trading as Cigna Healthcare; PRIMAX RECOVERIES INC.; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a CIGNA Company; OUTBACK STEAKHOUSE OF FLORIDA, INC., | ) FINAL ORDER<br>)<br>)<br>)<br>) By: James C. Turk<br>) Senior United States District Judge |
| Defendants. | ) |

In this action brought pursuant to 29 U.S.C. § 1132 of the Employee Retirement Income Security Act, and in accordance with the memorandum opinion entered on this day, it is

**ADJUDGED and ORDERED**

as follows:

(1) defendants' Federal Rule of Civil Procedure 12(b)(6) motion to dismiss is **GRANTED** with prejudice because plaintiff's claims are barred by *res judicata*;

(2) defendants' motion for costs and fees is **DENIED**;

(3) and, plaintiffs request for class certification pursuant to Federal Rule of Civil Procedure 23 is **DENIED**.

This case is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to all counsel for the parties.

ENTER: This 15th day of February, 2006.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE